IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-62560-DPG

**CASSANDRA VALLIANOS,** individually,
and on behalf of all others similarly situated,

    *Plaintiff*,

v.

**ACURIAN, INC.,** a Delaware corporation,

    *Defendant.*

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cassandra Vallianos hereby dismisses this action.

Dated: November 29, 2018       /s/ *Avi R. Kaufman*
    Avi R. Kaufman (FL Bar No. 84382)
    kaufman@kaufmanpa.com
    KAUFMAN P.A.
    400 NW 26th Street
    Miami, FL 33127
    Telephone: (305) 469-5881

    Stefan Coleman (FL Bar No. 30188)
    law@stefancoleman.com
    LAW OFFICES OF STEFAN COLEMAN, P.A.
    201 S. Biscayne Blvd, 28th Floor
    Miami, FL 33131
    Telephone: (877) 333-9427
    Facsimile: (888) 498-8946

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Avi R. Kaufman*
Avi R. Kaufman